ROBERT C. WEIDERMAN, Appellant, *v.* MARIE RECKLINGHAUSEN, Respondent.

Argued October 4, 1951; decided October 18, 1951.

*Rubin Brodsky* for appellant.

*John W. Branch* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.